**Ralph C. Spooner, OSB No. 732880**
E-mail:  rspooner@smapc.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Fax:     503-588-5899
*Attorney for Plaintiff State Farm*
*Fire and Casualty Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRIC WARNER and NATIONSTAR MORTGAGE, LLC, dba MR. COOPER,<br><br>    Defendants. | Case No. 6:21-cv-01273-MC<br><br>**ORDER ON UNOPPOSED MOTION TO DISCHARGE AND DISMISS PLAINTIFF FROM INTERPLEADER ACTION** |

State Farm Fire and Casualty Company ("State Farm") filed this interpleader action on August 26, 2021, pursuant to 28 U.S.C. § 1335 to resolve a dispute concerning a homeowner's insurance policy. *See Compl*. (Docket #1). Pursuant to the Order dated August 31, 2021 (Docket # 11), State Farm deposited with the Clerk the entirety of the disputed sum of $75,000.00.  Each defendant has been served and can assert claims on the funds deposited by State Farm.

/ / /

/ / /

Page 1 –ORDER ON MOTION TO DISCHARGE AND DISMISS PLAINTIFF FROM INTERPLEADER ACTION

/ / /

State Farm's motion to be discharged and dismissed as a party to the interpleader action is hereby GRANTED.

        IT IS SO ORDERED.

DATED this 13th day of October, 2021.

                                     s/Michael J. McShane
                                     Michael J. McShane
                                     United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I served a copy of the foregoing **ORDER ON UNOPPOSED MOTION TO DISCHARGE AND DISMISS PLAINTIFF FROM INTERPLEADER ACTION** on:

| | |
|---|---|
| Mr. R Scott Taylor, OSB No. 743242<br>R Scott Taylor Insurance Attorney, P.C.<br>542 Lawrence St.<br>Eugene, OR  97401<br>Fax: 541-246-2424<br>E-mail address:<br>scott@taylorinsurancelaw.com<br>  Attorney for *Defendant Patric Warner* | Jason T. Baker, OSB No. 181080<br>Kaja Elmer<br>Akerman LLP<br>170 S Main Street, Suite 725<br>Salt Lake City, UT 84101<br>Fax: 866 236-1288<br>E-mail address: jason.baker@akerman.com<br>           kaja.elmer@akerman.com<br>    Attorneys for *Defendant Nationstar Mortgage, LLC dba Mr. Cooper* |

☒   by emailing a copy to said attorney at the above email address with consent of counsel;

☐   by mailing a copy in a sealed, first-class, postage prepaid envelope, addressed to said attorneys at the above address and deposited in the U.S. Mail;

☒   by serving correct copies thereof, certified by me as such, to attorneys via the United States District Court for the District of Oregon's CM/ECF filing system.

DATED this 11th day of October, 2021.

s/ Ralph C. Spooner
RALPH C. SPOONER, OSB# 732880
Spooner & Much, P.C.
Of Attorneys for Plaintiff State Farm Fire
and Casualty Company
E-mail: rspooner@smapc.com
Fax: (503) 588-5899